Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

22 CV 930-JLS

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

AUGUSTIN MUGABO

(FILED DEC 1 2022 — UNITED STATES DISTRICT COURT, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY)

-vs-

**B.** **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Ms. JOAN WAGNER
2. MR. PETE
3. 
4. COMMUNITY SERVICES@cservgt.com
5. 1845 KENMORE AVE
6. KENMORE, NY 14217

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: 18 U.S.C SEC. 24; 18 U.S.C CH. 119, SEC 2332 ARE FEDERAL CRIMES AS AGAINST WIRETAP ACT 18 USC 2522

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: DEFENDANTS ARE RESIDENTS OF THE CITY OF BUFFALO WHERE THIS COURT HAS JURISDICTION

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: WIRETAP ACT VIOLATION AND DENIAL OF RIGHTS 443 HOUSING DISCRIMINATION; ELECTRONIC HARASSMENT, - WIRETAP WITH INTENT TO DENIE ME REASONABLE ACCOMMODATION.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: AUGUSTIN MUGABO

Present Address: 2415 DELAWARE AVE #12
Buffalo, NY 14216 -2220

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: MS. JOAN WAGNER FAMILY

Official Position of Defendant (if relevant): NEIGHBOR

Address of Defendant: 2415 DELAWARE AVE #17
Buffalo, NY 14216

Name of Second Defendant: COMMUNITY SERVICES FOREVERY 1 (csevery1.com)

Official Position of Defendant (if relevant): LANDLORD

Address of Defendant: 1845 KENMORE AVE, KENMORE
NY 14217

Name of Third Defendant: MR. PETE

Official Position of Defendant (if relevant): ASSOCIETED WITH MS. WAGNER FAMILY

Address of Defendant: 2415 DELAWARE AVE #12
Buffalo, NY 14216

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes [X]   No [X]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
Plaintiff(s): DISTRICT COURT OF WESTERN NEW YORK 20-CV-1390
20-CV-0409

Defendant(s): __Community Services for Every 1__

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket or Index Number: __20-CV-0409__
4. Name of Judge to whom case was assigned: __Hon. Richard J. Arcara__
5. The approximate date the action was filed: __04/06/2020__
6. What was the disposition of the case?
   Is it still pending? Yes ☐ No ☐
   If not, give the approximate date it was resolved. __Undefined/Confused__
   Disposition (check those statements which apply):
   ☐ <u>Dismissed</u> (check the statement which indicates why it was dismissed):
      ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
      ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
      ☐ By court due to your voluntary withdrawal of claim;
   ☐ <u>Judgment</u> upon motion or after trial entered for
      ☐ plaintiff
      ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. **FIRST CLAIM:** On (*date of the incident*) __04/30/2013 to present__,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) __Landlord constantly wiretapped my internet and phone lines__

3

did the following to me (*briefly state what each defendant named above did*): LANDLORD WITH THEIR TENANTS JOINTLY WIRETAPPED MY INTERNET AND PHONE LINES AS WELL AS LAUNCHING ELECTRONIC ATTACKS IN FORM OF DIRECTED ENERGY TO MY BODY INSIDE MY OWN HOME. MC. JOAN WAGNER HERSELF CONDUCTS WIRETAPPING OF MY INTERNET AND LISTENS TO MY CONVERSATIONS OVER WIRETAPS FREQUENTLY EACH DAY FOR SO LONG.

The federal basis for this claim is: TITLE 1 OF ECPA · Katz vs. United States ALSO 42 U.S.C SEC 1983 AND 18 USC 249 - Hate Crime Act.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I WANT THE COURT TO HOLD DEFENDANTS ACCOUNTABLE FOR THEIR ACTIONS AND MAKE THEM PAY FOR ALL THE LOSSES THEY HAVE CAUSED ME INCLUDING LONG SEPARATION FROM ~~FAMILY AND FRIENDS~~

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: _____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

### 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

DEFENDANTS CAUSED ME TO LOSE FRIENDS AND FAMILY AS WELL AS FINANCIAL LOSS, PUBLIC RECOGNITION LOST, WORK AND ELECTION PROJECTS DESTROYED ALL AMOUNT TO $10,000,000.00 IN RECOVERED DAMAGES.

Do you want a **jury trial**? Yes [X] No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 11/30/2022
                (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

AUGUSTIN MUGABO, PRO SE PLAINTIFF

_____
Signature(s) of Plaintiff(s)