Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| AUGUSTIN MUGABO | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 1:22-cv-00930 |
| v. | |
| MS. JOAN WAGNER et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Motion for Leave to Proceed in forma pauperis be granted. Plaintiff shall have 30 days from the date of this Decision and Order to file a motion for leave to file an amended complaint. The Complaint is hereby dismissed without prejudice.

Date: April 16, 2024                                                    MARY C. LOEWENGUTH
                                                                        CLERK OF COURT

                                                                        By: s/Tatiana
                                                                            Deputy Clerk